IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ALLEN LISCOMB**     **PLAINTIFF**
**ADC #550203**

v.     No. 4:24-cv-00296-LPR-ERE

**KENYON RANDLE, et al.**     **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Edie R. Ervin (Doc. 77). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Defendants' Motion for Partial Summary Judgment (Doc. 73) is GRANTED. Plaintiff's claims against Defendants Johnson, Ball, Perry, Straughn, Reed, Thompson, and Rowland are DISMISSED without prejudice based on Plaintiff's failure to exhaust administrative remedies. The Clerk of the Court is directed to terminate Johnson, Ball, Perry, Straughn, Reed, Thompson, and Rowland as party Defendants. Plaintiff may proceed with his deliberate indifference claims against Defendant Randle. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE