**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL ALLEN LISCOMB** **PLAINTIFF**
**ADC #550203**

**v.** **No. 4:24-cv-00296-LPR**

**KENYON RANDLE, et al.** **DEFENDANTS**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 108). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendant Randle's Motion for Summary Judgment (Doc. 102) is GRANTED. Plaintiff's deliberate indifference claims against Defendant Randle are DISMISSED with prejudice. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] Technical changes have been made compared to the RD with respect to the disposition of this case.