**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL ALLEN LISCOMB** **PLAINTIFF**
**ADC #550203**

**v.** **No. 4:24-cv-00296-LPR**

**KENYON RANDLE, et al.** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Plaintiff's deliberate indifference claims against Defendant Randle are DISMISSED with prejudice, and (2) all other claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 25th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE